# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30703   Neal v. Martinez
                   USDC No. 2:23-CV-853

The court has granted the motion to suspend briefing in this case pending a ruling on the motion to dismiss for lack of jurisdiction.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     *Christy Combel*
                 By: _____
                 Christy M. Combel, Deputy Clerk
                 504-310-7651

Mr. Daniel J. McCoy
Mr. Elijah Neal
Mrs. Shannon T. Smitherman