IN THE
FIFTH CIRCUIT COURT OF APPEALS

| | § | |
|---|---|---|
| Elijah Neal, pro-se | § | |
| | § | |
| v. | § | case No: 24-30703 |
| | § | |
| Warden Martinez | § | |
| | § | |
| | § | |
| | § | |

U.S. COURT OF APPEALS RECEIVED APR 28 2025 FIFTH CIRCUIT

## WAIVER OF REPLY

Warden Martinez has not shown any reason the D.C. Code 24-403.01b does not apply to Neal or given any authority that allows the BOP to ignore the duely passed legislation in this case. Therefore, Neal waives his right to reply and requests this court promptly consider this case on the record and existing briefs.

*Elijah Neal*
Elijah Neal, pro-se

SHREVEPORT LA 710
24 APR 2025 AM 2 L

Elijah Neal #25100-016
FCI Oakdale
PO Box 5000
Oakdale, LA 71463

Fifth Circuit Court of Appeals
ATTN: Clerk of the Court
600 South Maestri Place
New Orleans, LA 70130

70130-344040